**Order filed March 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00078-CV
_____

## IN THE ESTATE OF CECELIA MARGARET GIBBONS, DECEASED

**On Appeal from the Probate Court No 1
Harris County, Texas
Trial Court Cause No. 401,492**

## O R D E R

The notice of appeal in this case was filed November 29, 2012. The record was due January 30, 2013. *See* Tex. R. App. P. 35.1(a). The clerk's record was filed February 5, 2013. Donald G. Plyant, the official court reporter, notified this court that appellants had not made payment arrangements for preparation of the reporter's record. On February 11, 2013, this court notified appellant to pay for preparation of the record and to provide this court with proof of payment on or before February 26, 2013. No response was filed. Therefore, we order appellants to file their brief without the benefit of the reporter's record on or before **April 4, 2013.** *See* Tex. R. App. P. 37.3(c).

In addition, the filing fee of $175.00 has not been paid. On February 13, 2013, the court notified appellants that the fee was past due. No response was filed. Therefore, we order appellants, **Gwen Stribling Henderson, Raven Pitreee and Christine Willie** to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **March 15, 2013.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM